UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br><br>  Defendants. | Case No.: 19cv2126-JO-KSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S CLAIMS AGAINST THE WARDEN AND CMO WITH PREJUDICE AND WITHOUT LEAVE TO AMEND** |

Plaintiff Abonilico Carroll ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2020, Plaintiff filed his Second Amended Complaint against Defendants Warden ("Warden") and Chief Medical Officer ("CMO") of Richard J. Donovan state prison—where Plaintiff was incarcerated at the time of the incidents giving rise to his lawsuit—and correctional officers S. Miller ("Miller") and C. Wright ("Wright"). Dkt. 30 ("SAC"). The case was referred to United States Magistrate Judge Karen S. Crawford for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3.

Because Plaintiff is proceeding *in forma pauperis*, the SAC is subject to screening under 28 U.S.C. § 1915(e)(2) and § 1915A(b), which provide that a cause of action that fails to state a claim can be dismissed *sua sponte* by the Court "at any time." 28 U.S.C. § 1915(e)(2), § 1915A(b). On January 24, 2022, Magistrate Judge Crawford issued a Report and Recommendation recommending that Plaintiff's claims against the Warden and the CMO be dismissed with prejudice and without leave to amend. Dkt. 104 (the "Report"). The Report also ordered that any objections were to be filed no later than February 25, 2022. *Id.* On February 24, 2022, Plaintiff filed a concurrence to the Report. Dkt. 105. To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

The Court reviews *de novo* the portions of the Report to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.*

//
//
//
//
//
//
//
//
//
//

Neither party has timely filed objections to the Report. Having reviewed the Report, the Court finds that the Report is thorough, well-reasoned, and contains no clear error. Accordingly, the Court ADOPTS Magistrate Judge Crawford's Report (Dkt. 104) in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court DISMISSES the claims against the Warden and the CMO with prejudice and without leave to amend.

**IT IS SO ORDERED**.

Dated: April 4, 2022

Honorable Jinsook Ohta
United States District Judge