UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABONILICO LAMAR CARROLL, Plaintiff-Appellant, v. MILLER, Correctional Officer; WRIGHT, Correctional Officer, Defendants-Appellees. | No. 22-55865 D.C. No. 3:19-cv-02126-RBM-KSC Southern District of California, San Diego ORDER |

Appellant did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. See 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146